**SO ORDERED.**

**SIGNED this 15 day of November, 2012.**



_____
                                         **Stephani W. Humrickhouse**
                                         **United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO.** |
| **ANDERSON HOMES, INC.** | **09-02062-8-SWH** |
|     Debtor | |
| **RICHARD D. SPARKMAN, TRUSTEE** | |
|     Plaintiff | **ADVERSARY PROCEEDING NO.** |
|     v. | **11-00232-8-SWH-AP** |
| **QUEENSCAPE, INC.** | |
|     Defendant. | |

### JUDGMENT

A hearing was held in Raleigh, North Carolina, on August 16, 2012, on the cross-motions for summary judgment filed by the parties in this adversary proceeding. An Order regarding the Cross-Motions for Summary Judgment was entered on this date allowing summary judgment for the plaintiff, Richard D. Sparkman, the chapter 7 trustee for Anderson Homes, Inc. Based on the conclusions of law set forth in that Order,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the plaintiff, Richard D. Sparkman, Trustee, shall have and recover judgment against Queenscapes, Inc. the amount of $13,610.38.

**END OF DOCUMENT**